Commonwealth ex rel. DiBello *v.* DiBello,
Appellant.

Argued June 13, 1967. *Harry C. Barbin,* for appellant; *Alexander Osinoff,* with him *Jacob J. Kilimnik,* for appellee.

Order affirmed.

Commonwealth ex rel. Meier, Appellant, *v.*
Shovlin.

Submitted June 12, 1967. *Robert Meier,* appellant, in propria persona; *Arthur L. Piccone,* First Assistant District Attorney, and *Thomas E. Mack,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Nikodemski, Appellant, *v.*
Frame.

Submitted June 12, 1967. *Francis Nikodemski,* appellant, in propria persona; *A. Thomas Parke, III,* Assistant District Attorney, and *A. Alfred Delduco,* District Attorney, for appellee.

MONTGOMERY, J., would grant the writ of habeas corpus and discharge the relator, and therefore dissents.